387 A.2d 125

Valentine, Appellant, v. Dizon, et al.

Argued December 12, 1977. Edward F. Silva, with him Jack E. Feinberg, for appellant; K. Herman, with him Edward C. McCardle, for appellees, Dizon and Farr; William H. Bayer, for appellee, Gnaden Huetten Memorial Hospital.

Judgment affirmed.

387 A.2d 125

Vanaman, Appellant, v. Taylor.

Argued December 6, 1977. Fred T. Cadmus, III, with him Cadmus, Patten and Werner, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.